# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| APEX WHOLESALE, INC., <br><br> Plaintiff, <br><br> v. <br><br> FRY'S ELECTRONICS, INC., ET AL., <br><br> Defendants. | Civil No: 00-CV-2424-B(JMA) <br><br> **ORDER STAYING CASE, DEFERRING PENDING MOTIONS AND SETTING STATUS CONFERENCE DATE** |

In the instant litigation between Plaintiff Apex Wholesale, Inc. ("Apex") and Defendant Fry's Electronics ("Fry's"), Defendants moved for judgment on the pleadings or in the alternative summary judgment on the four state claims (unfair practices, false advertising, unfair competition and intentional interference with economic advantage under California state law) and on the federal Lanham Act claim. On July 3, 2007, the Court remanded the four state law claims back to state court, finding that these claims were only in federal court on supplemental jurisdiction and that the state law claims were wholly governed by state law and state policy, making them more suitable for determination in state court. Regarding the remaining Lanham Act claim, the Court ordered the parties to provide supplemental briefing and set a hearing for September 5, 2007.

Now before the Court is the consideration of whether a stay or dismissal of the

1  remaining Lanham Act claim is warranted.  The Court has carefully considered the parties'
2  briefings and oral arguments on this issue.  It finds that under the circumstances a stay is
3  warranted in the interest of judicial economy and under the considerations set out in
4  <u>Colorado River Water Conservation Dist. v. United States</u>, 424 U.S. 800 (1976).  While a
5  stay is generally only appropriate in exceptional circumstances, <u>id.</u> at 818, in the instant
6  case, the multitude of parallel issues dominated by state law make the state court the forum
7  in which the claims may be completely and adequately resolved.

8      Therefore, the Court **ORDERS** that the instant case be **STAYED** pending the
9  outcome of the four causes of action remanded and presently pending in state court.
10 Accordingly, the pending motion for judgment on the pleadings or in the alternative
11 summary judgment on the Lanham Act claim is **DEFERRED** until such stay is lifted.  The
12 Court also sets a <u>status conference for January 28, 2008 at 9:00 a.m</u> at which time the
13 parties will inform the Court as to the progress of the state court action.

15     **IT IS SO ORDERED**

17 DATED:  September 5, 2007

19     Hon. Rudi M. Brewster
    United States Senior District Court Judge

22 cc: Hon. Jan M. Adler
    United States Magistrate Judge
23     All Counsel of Record